Case 7:21-cv-00890-LSC    Document 1-1    Filed 06/29/21    Page 1 of 2

Exhibit 1

FILED
2021 Jun-30 AM 10:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

EEOC Form 5 (11/09)

Received by EEOC on 12/14/2020

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To:     Agency(ies) Charge No(s):

[ ] FEPA
[X] EEOC     420-2021-00634

and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mrs. Michelle Beasley | (205) 792-8030 | /64 |

Street Address: 8224 Old Greensboro Road, Tuscaloosa, Alabama 35405

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No (Include Area Code) |
|---|---|---|
| Tuscaloosa County School System, Tuscaloosa County Board of Education, and Tuscaloosa County School Superintendent Keri Johnson. | 2265 | (205) 758-4011 |

Street Address: 1118 Greensboro Avenue, Tuscaloosa, Alabama 35401

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 8/12/2020      Latest: 12/14/20

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a veteran tenured teacher of Math in the Tuscaloosa County Schools. This past August, the Tuscaloosa County School Superintendent instituted a plan to deal with the pandemic in our school system. Unlike some school systems across the State of Alabama where one set of teachers would teach all in-person and on-campus instruction as historically done, and second, different set of teachers would teach all of the on-line virtual classes to students who did not elect to come into the school due to the pandemic, The Tuscaloosa County Schools made each teacher teach a full load of in-person, on-campus classes, and after work, teach an additional number of on-line, virtual classes, such that many teachers were teaching twice as many classes, five days per week, in violation of Alabama law and the Board's own policies. The teachers were not provided any additional financial renumeration, for all of this extra work. Indeed, the on-line virtual classes actually require significantly more work, time, preparation, and cause far more mental, emotional and physical injury, fatigue and frustration. When a student in a regular, in-person class asks a question, the teacher can answer it one time. When a question arises in a virtual class, the teacher has to explain numerous times via the computer. Teachers must make up numerous tests for virtual. When I and other teachers tried to address these negative working conditions, the male dominated School Board (comprised of 6 men and 1 woman) dismissed our complaints as being "whiny females" and if we would just do what they told us to do, it would be fine. Stated otherwise, they dismissed our claims and told us to cut out the female hysteria and shut up. In fact, many of the teachers were putting in another full day of work after the regular school day was over in dealing with on-line virtual classroom, computers, students and testing.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures

I declare under penalty of perjury that the above is true and correct.

12/14/2020   Michelle Beasley
Date         Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

RUTH B. McFARLAND
Notary Public, Alabama State at Large
My Commission Expires Oct. 10, 2021

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

Michelle Beasley

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year) 12/14/2020

Ruth McFarland
my notary expires 10/10/2021

Received by EEOC on 12/14/2020

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2021-00634 |
| | | and EEOC |

State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Please understand that other school districts recognized these increased demands and negative working conditions by instituting other creative scheduling such as dividing students into two groups (A/B) with each group attending classes on campus two days per week, and the teachers would have one day to work with remote, on-line virtual classes and students. This also reduced the number of students in each classroom reducing the opportunity to spread the CORONA virus.

I believe that women comprise a significant majority of the certified teachers in the Tuscaloosa County Schools. In fact, the plan implemented by the School Superintendent, not only hurts all teachers, and their students, but also disproportionately affects the female teachers.

Additionally, many of these female teachers are the primary caregivers for young children, and their households, as well as elderly parents. The plan implemented by the Superintendent of Schools has disproportionately negatively impacted these caregivers.

With the other available plans which are equally effective, there is no reason for the Tuscaloosa County Schools to have a plan like this which discriminates against female teachers and caregivers, and violates its teachers' rights to equal protection under the law.

During the second ¼ of the school year, (second 9 weeks) the Superintendent purchased (with Cares Act Federal Funding) a different computer system for on-line, virtual teaching. This was supposed to make everything easier because the new program, "Edgenuity" was a complete system of teaching which supposedly would not require teachers to actually participate in the computerized educations process.

However, the Edgenuity computer system did not provide classes for advanced placement, special education, vocational education, foreign language, and numerous electives. Perhaps most importantly, Edgenuity is not being used for a significant number of students who have been sent home to quarantine from suspected exposure to the virus. Thus, once again, all the teachers must now teach these students through the old Schoology program and not the Edgenuity program. So, while the Superintendent and Board may tell the public that they have resolved these issues for teachers, in reality, they have not done so, and we female teachers and caregivers are still being discriminated against by requiring many of us to work many, many more additional hours beyond that which we have been hired and paid to perform.

In fact, the Superintendent and Board are now paying personnel, most of whom are not classroom teachers, but rather librarians and counselor, to act as Edgenuity "Remote Learning Coaches" and are being paid a stipend to do so. While the teachers were expected to do more, but not get paid, and many continue to do so, but don't get paid a stipend or any additional amount, like football and other coaches are paid when they spend hours after school doing work with students. The Remote Learning Coaches are not preparing lessons, teaching or grading assignments. Their role is limited to attendance monitoring through checking on log-in and being a point of contact for students.

Historically, when teachers were asked to teach an additional class, the Superintendent recommended and the Board approved additional compensation for the additional work. We are also being discriminated against not just in salary, but in benefits, and retirement. If we do not carry a full teaching load, we lose salary, and time in the State Teachers Retirement System. So, when we work more, we should be paid more and have the additional time put into the State Teachers Retirement System.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements<br>RUTH B. McFARLAND<br>Notary Public, Alabama State at Large<br>My Commission Expires Oct. 10, 2021 |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>*Michelle Beasley* |
| 12/14/2020    *Michelle Beasley*<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) December 14, 2020<br>*Ruth McFarland*<br>My notary expires 10/10/21 |