FILED
 2021 Sep-13  PM 08:57
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# EXHIBIT 3

Michelle Beasley – Equal Employment Opportunity Commission Dismissal and Notice of Rights

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Michelle Beasley
8224 Old Greensboro Road
Tuscaloosa, AL 35405

From: Birmingham District Office
Ridge Park Place
1130 22nd Street South
Birmingham, AL 35205

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2021-00634 | ALICIA E. MARTIN-SCHUTZ, Investigator | (205) 651-7054 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Sheri Guenster /for

MAR 3 1 2021

BRADLEY A. ANDERSON,
District Director

(Date Issued)

Enclosures(s)

cc: TUSCALOOSA COUNTY SCHOOL SYSTEM
c/o Ray Ward, Attorney
2216 14TH ST
Tuscaloosa, AL 35401

Bryan P. Winter
WINTER MCFARLAND
205 Mcfarland Circle, North
Tuscaloosa, AL 35406

Enclosure with EEOC
Form 161 (11/2020)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *issued*** to you (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

Received by EEOC on 12/14/2020

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 420-2021-00634 |

_____ and EEOC
State or local Agency, if any

**Name (indicate Mr., Ms., Mrs.)**
Mrs. Michelle Beasley

**Home Phone (Incl. Area Code)**
(205) 792-8030

**Date of Birth**
2/15/64

**Street Address / City, State and ZIP Code**
8224 Old Greensboro Road, Tuscaloosa, Alabama 35405

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**
Tuscaloosa County School System, Tuscaloosa County Board of Education, and Tuscaloosa County School Superintendent Keri Johnson.

**No. Employees, Members**: 2265
**Phone No. (Include Area Code)**: (205) 758-4011

**Street Address / City, State and ZIP Code**
1118 Greensboro Avenue, Tuscaloosa, Alabama 35401

**DISCRIMINATION BASED ON (Check appropriate box(es).)**
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 8/12/2020
Latest: 12/14/20
☒ CONTINUING ACTION

**THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):**

I am a veteran tenured teacher of Math in the Tuscaloosa County Schools. This past August, the Tuscaloosa County School Superintendent instituted a plan to deal with the pandemic in our school system. Unlike some school systems across the State of Alabama where one set of teachers would teach all in-person and on-campus instruction as historically done, and second, different set of teachers would teach all of the on-line virtual classes to students who did not elect to come into the school due to the pandemic, The Tuscaloosa County Schools made each teacher teach a full load of in-person, on-campus classes, and after work, teach an additional number of on-line, virtual classes, such that many teachers were teaching twice as many classes, five days per week, in violation of Alabama law and the Board's own policies. The teachers were not provided any additional financial renumeration, for all of this extra-work. Indeed, the on-line virtual classes actually require significantly more work, time, preparation, and cause far more mental, emotional and physical injury, fatigue and frustration. When a student in a regular, in-person class asks a question, the teacher can answer it one time. When a question arises in a virtual class, the teacher has to explain numerous times via the computer. Teachers must make up numerous tests for virtual. When I and other teachers tried to address these negative working conditions, the male dominated School Board (comprised of 6 men and 1 woman) dismissed our complaints as being "whiny females" and if we would just do what they told us to do, it would be fine. Stated otherwise, they dismissed our claims and told us to cut out the female hysteria and shut up. In fact, many of the teachers were putting in another full day of work after the regular school day was over in dealing with on-line virtual classroom, computers, students and testing.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

12/14/2020    *Michelle Beasley*
Date          Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

RUTH B. McFARLAND
Notary Public, Alabama State at Large
My Commission Expires Oct. 10, 2021

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

*Michelle Beasley*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year) 12/14/2020

*Ruth McFarland*
my notary expires 10/10/2021

Received by EEOC on 12/14/2020

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2021-00634 |

_____ and EEOC
State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Please understand that other school districts recognized these increased demands and negative working conditions by instituting other creative scheduling such as dividing students into two groups (A/B) with each group attending classes on campus two days per week, and the teachers would have one day to work with remote, on-line virtual classes and students. This also reduced the number of students in each classroom reducing the opportunity to spread the CORONA virus.

I believe that women comprise a significant majority of the certified teachers in the Tuscaloosa County Schools. In fact, the plan implemented by the School Superintendent, not only hurts all teachers, and their students, but also disproportionately affects the female teachers.

Additionally, many of these female teachers are the primary caregivers for young children, and their households, as well as elderly parents. The plan implemented by the Superintendent of Schools has disproportionately negatively impacted these caregivers.

With the other available plans which are equally effective, there is no reason for the Tuscaloosa County Schools to have a plan like this which discriminates against female teachers and caregivers, and violates its teachers' rights to equal protection under the law.

During the second ¼ of the school year, (second 9 weeks) the Superintendent purchased (with Cares Act Federal Funding) a different computer system for on-line, virtual teaching. This was supposed to make everything easier because the new program, "Edgenuity" was a complete system of teaching which supposedly would not require teachers to actually participate in the computerized educations process.

However, the Edgenuity computer system did not provide classes for advanced placement, special education, vocational education, foreign language, and numerous electives. Perhaps most importantly, Edgenuity is not being used for a significant number of students who have been sent home to quarantine from suspected exposure to the virus. Thus, once again, all the teachers must now teach these students through the old Schoology program and not the Edgenuity program. So, while the Superintendent and Board may tell the public that they have resolved these issues for teachers, in reality, they have not done so, and we female teachers and caregivers are still being discriminated against by requiring many of us to work many, many more additional hours beyond that which we have been hired and paid to perform.

In fact, the Superintendent and Board are now paying personnel, most of whom are not classroom teachers, but rather librarians and counselor, to act as Edgenuity "Remote Learning Coaches" and are being paid a stipend to do so. While the teachers were expected to do more, but not get paid, and many continue to do so, but don't get paid a stipend or any additional amount, like football and other coaches are paid when they spend hours after school doing work with students. The Remote Learning Coaches are not preparing lessons, teaching or grading assignments. Their role is limited to attendance monitoring through checking on log-in and being a point of contact for students.

Historically, when teachers were asked to teach an additional class, the Superintendent recommended and the Board approved additional compensation for the additional work. We are also being discriminated against not just in salary, but in benefits, and retirement. If we do not carry a full teaching load, we lose salary, and time in the State Teachers Retirement System. So, when we work more, we should be paid more and have the additional time put into the State Teachers Retirement System.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements<br>RUTH B. McFARLAND<br>Notary Public, Alabama State at Large<br>My Commission Expires Oct. 10, 2021 |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>*Michelle Beasley* |
| 12/14/2020       *Michelle Beasley*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) December 14, 2020<br>*Ruth McFarland*<br>My notary expires 10/10/21 |