FILED
2021 Sep-13 PM 08:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# **EXHIBIT 6**

Rebecca Kennedy – Equal Employment Opportunity Commission Charge of Discrimination

EEOC Form 5 (11/09)

| | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| **CHARGE OF DISCRIMINATION**<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

_____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Rebecca Kennedy | 205-516-5912 | 3/16/91 |

| Street Address | City, State and ZIP Code |
|---|---|
| 607 Main Ave Apt. 311 | Northport, AL 35476 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Tuscaloosa County Board of Education, Tuscaloosa County School System, and Tuscaloosa County School Superintendent Keri Johnson | 2265 | (205) 785-4011 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1118 Greensboro Avenue | Tuscaloosa, AL 35401 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 8/12/2020   Latest: 02/01/2021
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am an elementary school teacher in the Tuscaloosa County Schools. Specifically, I teach fourth grade at Holt Elementary School. In the past, I have also taught kindergarten, 1st grade, 2nd Grade and 3rd Grade. This past August, the Tuscaloosa County School Superintendent instituted a plan which was supposedly going to help our schools address the Corona pandemic. Not only was this "plan" poorly conceived after months of time, but it was also poorly executed and delivered by the administration. This "plan" for the pandemic was and did discriminate again me and my fellow female teachers. Specifically, this "plan" has had a disparate impact on me and other female teachers, and it has also treated me and the other female teachers in a disparate manner based on our gender. Other school systems in Alabama had specified, dedicated in-person teachers who were only responsible for teaching the students who were in school and attending the assigned class as historically provided, and another distinct and separate set of specified teachers who would teach all of the students who did not return to school via the on-line virtual platform for instruction. Unlike those school systems, the Tuscaloosa County Schools ignored our contracts, common sense, and sound educational practices, and made each teacher teach a full load of in-person, on-campus classes, and then, after the school day and the work day were finished, have to prepare numerous additional teaching lessons and materials, for on-line students, in on-line, virtual classes, and including completely different sets of lessons and materials for the on-line virtual classes, such that many teachers were working countless more hours, teaching twice as many classes, five days per week, and then working entire weekends continuing to prepare materials, in order to meet the Board's requirements, all of which I believe were not in accordance with Alabama law or the Board's own policies. As an elementary school teacher, the "plan" was especially problematic when dealing with young, elementary school students. I had to respond to countless emails, texts messages and calls from parents of the young students who were virtual learners. The preparation of pedagogically appropriate materials for elementary school children on a computer system that in no way resembles the technology which we all take for granted, is all but impossible.

In sum, I am an educated, trained and experienced teacher, not a computer scientist or web designer. The plan was additionally flawed by the fact that virtual students had been promised computers which they did not receive. The teachers of the Tuscaloosa County Schools were not properly compensated for all of their time-intensive and extraordinary efforts, stress and toil. Teaching, and preparing to teach, all of these online virtual classes, to on-line virtual students, actually requires significantly more work, time, preparation, toil, stress and work, and caused significant mental, emotional and physical fatigue, injury, and frustration. When a student in a regular, in-person class asks a question, the teacher can usually answer the question on one occasion and the whole class can hear the answer. Under Tuscaloosa County's virtual "plan," each student would send messages and require individual attention and responses. Unbelievably, if a virtual student, or a parent, called a teacher during the school day, the student was actually transferred to the phone in the teacher's classroom, causing multiple interruptions and requiring the teacher to stop the instruction which she was providing to the in-class students. The "plan" in which our teachers would have to teach in-school and in-person students, as well as equal numbers of out-of-school, virtual students, the lack of actual planning in the "plan" caused significant reductions in the usual and required high quality instruction of both the in-school and virtual students. And while teachers were told to focus on the children in school, our ethical and moral duty was to provide our very best to all of our students which most teachers truly tried to do even in the untenable circumstances in which the "plan" placed us.

| | NOTARY–When necessary for State or Local Agency Requirements |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | |
| I declare under penalty of perjury that the above is true and correct.<br><br>02/17/21  *Rebecca Kennedy*<br>Date    Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT  *Rebecca Kennedy*<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) February 17, 2021<br>*Ruth McFarland*<br><br>RUTH B. McFARLAND<br>Notary Public, Alabama State at Large<br>My Commission Expires Oct. 10, 2021 |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | and EEOC |

State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

In order to teach all of our regular in-school classes and students, and then teach all of our out-of-school, virtual students, each teacher had to spend countless hours creating, revising, and uploading new material and lesson plans late into the night for which we had no real or viable training. We had to figure it out as we went. Moreover, we had to help all of the out-of-school, virtual students, and often their parents, similarly figure out how to use and learn from the on-line system. This work kept me up late into the nights on most weekdays, and also required me to work many extra hours over the weekends. Additionally, the emails, text messages, and telephone calls from on-line student and parents hardly ever stopped. It was truly exhausting and so very, very frustrating. The sad part is that none of this ever should have happened, and could have and should have been avoided with better planning, and competent delivery. If the School Board and Administration had either split the teachers into two groups, one in-person, and one virtual, much of this could have been avoided, and perhaps altogether. Additionally, the School Board and the Administration could have given the teachers one day a week to prepare the virtual materials and lessons. The Tuscaloosa City Schools did this and it was very effective. In fact, many teachers in the Tuscaloosa County Schools made these suggestions and demanded support. However, the teachers were ignored, called "Superheroes" and told that teaching was a "calling" and not about work or finances. When we met with the Tuscaloosa County Superintendent of Schools, we were falsely assured that there was a plan coming to solve these issues. However, no such plan actually existed, and the Superintendent unilaterally, without any stakeholder input, decided to implement an on-line program called Edgenuity. This Edgenuity "plan" was recommended by the Superintendent, and passed by the Board of Education, without notice or discussion, and did little to address the significant issues being faced by the teachers, or address the failure to provide high quality instruction due to any plan. The "plan" that was not planned, was replaced by another "plan" that was not actually planned. Both "plans" were dumped on the teachers who were ultimately held responsible for the supposed implementation and delivery of each "plan" but were never compensated for their respective individual and collective hours of toil, sweat and tears. During the second quarter of the school year (second 9 weeks), the Superintendent purchased (with Cares Act Federal Funding) a different computer system for online, virtual teaching. This was supposed to make everything easier because the new program, "Edgenuity" was a complete system of teaching which supposedly would not require teachers to actually participate in the computerized education process. Edgenuity is not being used for a significant number of students who have been sent home to quarantine from suspected exposure to the virus. Therefore, all of the teachers must now teach these students through the old Schoology program and not the Edgenuity program. While the Superintendent and Board may tell the public that they have resolved these issues for teachers, in reality, they have not done so and wholly failed to do so. Female teachers are still being discriminated against by requiring many of us to work many, many more additional hours beyond that which we have been hired and paid to perform.

Women comprise a large majority of teachers in the Tuscaloosa County Schools. Conversely, six of the seven members of the Tuscaloosa County Board of Education are older white men. While everyone, including teachers, must do their best during this pandemic, the burden of the pandemic should not and cannot be solely carried on the backs of already overworked and underpaid educators, especially when most of them are women, and most of them also have to be the primary caregivers of their children and other relatives. Even after the Superintendent secretly recommended "Edgenuity," the teaching staff still had to finish out the second nine weeks of "Schoology" required by the original "plan." Adding insult to injury, not only did the Tuscaloosa County School Administration and the Board of the Tuscaloosa County Schools fail to offer any fair and reasonable compensation to the thousands of teachers who did double duty under the "plan" with Schoology, the Administration and Board have failed to recognize, let alone compensate, all of those teachers who have to continue to do double duty because some of their students are still using Schoology. For example, students who have COVID, or need to be quarantined due to exposure to COVID, and must thus stay at home, still use Schoology to keep up with the work. Likewise, there are numerous subjects that are not provided for and taught under the Edgenuity program, but which requires the teachers to prepare and teach lessons through Schoology for these subjects." With the other available plans which other school districts have proven to be equally or more effective in providing educational instruction during the pandemic, there is simply no rational reason for the Tuscaloosa County Schools to have a "plan" like this which hurts our children's education and discriminates against female and violates its teachers' rights to equal protection under the law. The Superintendent and Board are now paying personnel, most of whom are not classroom teachers, but rather librarians and counselors and who signed up to monitor, but not teach, students under the Edgenuity program, a stipend worth thousands of dollars to act as "Remote Learning Coaches" (which basically consists of monitoring students to be sure they are signing in and watching the standardized video lessons). This is being done, while still refusing to pay any stipend or other additional compensation to the teachers, who were expected to do substantially more, and many of whom continue to do so and are not paid a stipend or any additional amount, unlike football and other coaches (the majority of whom are males) who are paid additional compensation because they spend hours after school doing work with students. The people acting as "Edgenuity" "Monitor" (aka "Remote Learning "Coaches) do not have to prepare lessons, materials or answer questions. They do not have to teach, grading assignments or complete professional education classes. These "Monitors" or "Remote Learning Coaches" sole and absolute role is limited to attendance monitoring through checking on log-in and being a point of contact for students. All of this extra work by teachers without compensation does not make any sense from a historical perspective. For example, before the Pandemic, when teachers were asked to teach an additional class, the Superintendent made the recommendation to the Board for the teacher to teach the additional class and the Board approved additional compensation for the teacher's additional work. In the 2020-2021 school year, this did not happen. Finally, please be aware that we not only being discriminated against in terms of salary, but also in benefits, and retirement. If we do not carry a full teaching load, we lose salary, and time, in the State Teachers Retirement System. When we, the Tuscaloosa County teachers, work more, then we, the Tuscaloosa County Teachers, should be paid more and should have significant additional and commensurate pay, benefits, insurance and pension placed into our accounts at the State Teachers Retirement System. I believe that I, along with a similarly situated class of women, have been discriminated against based on our gender in violation of Title VII of the Civil Rights Act of 1964, as amended, through both disparate treatment and disparate impact theories.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY—When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. 02/17/21   Rebecca Kennedy  Date    Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT Rebecca Kennedy SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) February 17, 2021 Ruth McFarland    RUTH B. McFARLAND Notary Public, Alabama State at Large My Commission Expires Oct. 10, 2021 |