IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| Michelle Beasley, Lindsey Warren, Rebecca Kennedy, and Cheryl Michaels, Individually and on behalf of all those similarly situated teachers employed by the Tuscaloosa County School System, <br><br> Plaintiffs, <br><br> vs. <br><br> TUSCALOOSA COUNTY SCHOOL SYSTEM; THE TUSCALOOSA COUNTY BOARD OF EDUCATION; DR. KERI JOHNSON, in her individual capacity; CHARLES ORR, in his individual capacity; PORTIA JONES, in her individual capacity; JOE CALVIN, in his individual capacity, BILL SQUIRES, in his individual capacity; RANDY SMALLEY, in his individual capacity; JAMIE LAKE, in his individual capacity; and DON PRESLEY, in his individual capacity; <br><br> Defendants. | CASE NO: 2021-CV-890-LSC |

## MOTION TO DISMISS AMENDED COMPLAINT

COME NOW The Tuscaloosa County School System, the Tuscaloosa County Board of Education, Charles Orr, Portia Jones, Joe Calvin, Bill Squires, Randy Smalley, Jamie Lake and Don Presley, Defendants in the above styled cause and

move this Court for an Order dismissing the Complaint in the above styled cause and as cause states:

1. Plaintiffs' claims against these Defendants fail to state a claim upon which relief can be granted.

2. This Court lacks subject matter jurisdiction over a portion of Plaintiffs' claims.

3. Plaintiffs' federal claims against Defendants Orr, Jones, Calvin, Squires, Smalley, Lake and Presley are barred by qualified immunity.

4. Plaintiffs' state law claims against these Defendant are barred by immunity as provided in Art. I, §14, Const. of Alabama, 1901.

5. To the extent that the Amended Complaint alleges state law claims against Defendants Orr, Jones, Calvin, Squires, Smalley, Lake and Presley, those claims fail to state a claim upon which relief may be granted.

6. In support of this Motion, these Defendants submit a copy of Tuscaloosa County Board of Education Policy 6.11, attached hereto as Exhibit "A."

7. In additional support of this Motion, these Defendants submit their Brief in support of Motion to Dismiss Amended Complaint to be filed separately in this cause.

WHEREFORE, THE PREMISES CONSIDERED, the Tuscaloosa County School System, the Tuscaloosa County Board of Education, Charles Orr, Portia

Jones, Joe Calvin, Bill Squires, Randy Smalley, Jamie Lake and Don Presley respectfully move this Court for an Order dismissing the claims against these Defendants.

/s/ Ray Ward
Ray Ward (ASB-0581-W81R)

/s/ Thomas W. Powe, Jr.
Thomas W. Powe, Jr. (ASB-9017-W51T)
Attorneys for Defendants Tuscaloosa County School System, Tuscaloosa County Board of Education, Charles Orr, Portia Jones, Joe Calvin, Bill Squires, Randy Smalley, Jamie Lake and Don Presley

OF COUNSEL:

RAYMOND E. WARD, L.L.C.
2216 14th Street (35401)
Post Office Box 1248
Tuscaloosa, Alabama 35403
Telephone: (205) 345-5564
Facsimile: (205) 345-5582
Emails: rayward@raywardlaw.com
kippowe@raywardlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Bryan P. Winter**
**Ruth B. McFarland**
**Winter McFarland, LLC**
**205 McFarland Circle North**
**Tuscaloosa, Alabama 35406**

Heather Leonard
Heather Leonard, PC
2105 Devereux Circle
Vestavia Hills, Alabama 35423

Brannon Buck
Christopher B. Driver
Badham and Buck, LLC
2001 Park Place North
Suite 500
Birmingham, Alabama 35203

Mark S. Boardman
Clay R. Carr
Boardman, Carr, Petelos, Watkins & Ogle, P.C.
Attorneys for Defendants
Dr. Keri Johnson and Danny Higdon
400 Boardman Drive
Chelsea, Alabama 35043

This the 30th day of September, 2021.

/s/ Ray Ward
Attorneys for Defendants Tuscaloosa County School System, Tuscaloosa County Board of Education, Charles Orr, Portia Jones, Joe Calvin, Bill Squires, Randy Smalley, Jamie Lake and Don Presley


Exhibit A

CHAPTER 6.00 - HUMAN RESOURCES

# EMPLOYMENT STATUS AND TIME SCHEDULES 6.11

I. Full Time - A regular full time certified employee is a person who is employed for the school term or for the school fiscal year to render the minimum number of hours each day as established by the Tuscaloosa County Board of Education for that position or job. A full time support employee includes adult bus drivers and those employees working twenty (20) or more hours per week.

II. Part-time - A part-time certified employee is a person who is employed to render less than the number of hours each day as established by the Tuscaloosa County Board of Education for a regular full time employee. A part-time support employee is a person employed less than twenty (20) hours per week.

III. Temporary - A temporary employee is a person whose employment is expected to be for a limited time to fill a vacancy for which a permanent employee is not available or to perform some work of a temporary nature. Such employment will cease at the close of the school term or school fiscal year or when the temporary work has been completed. A temporary employee may work any number of hours up to 40 hours per week.

IV. Time Schedules for Certified Personnel – Time schedules for certified personnel may be designated by the Superintendent and/or the immediate supervisor of said personnel. Local school administrators shall be on duty no less than thirty (30) minutes prior to the time fixed for school to open and thirty (30) minutes after the close of school. Certified teaching personnel are generally required to be on duty 15 minutes before the time set for the opening of their respective school and 15 minutes after the close of the school day, Monday through Friday, and the necessary time to transact faculty meetings, school business, and safe orderly dismissal of students, etc.

V. Time Schedules for Non-Certified Personnel – Time schedules for non-certified personnel may be designated by the Superintendent or the immediate supervisor of said personnel. In all cases, the Superintendent and/or supervisor in charge shall have the right to establish time schedules to encompass said employee's workday. Said work schedules shall be in compliance with the Fair Labor Standards Act.

REFERENCE(S):  
CODE OF ALABAMA  
16-8-9, 36-25-1, 36-26-100, 16-13-10  
FAIR LABOR STANDARDS ACT

HISTORY:  
ADOPTED: MARCH 9, 992  
REVISED: APRIL 8, 2013  
FORMERLY: DJC, GBAA