# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| MICHELLE BEASLEY, LINDSEY WARREN, REBECCA KENNEDY, and CHERYL MICHAELS, individually and on behalf of all those similarly situated teachers employed by the TUSCALOOSA COUNTY SCHOOL SYSTEM, ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | CASE NO. 7:21-CV-890-LSC |
| TUSCALOOSA COUNTY SCHOOL SYSTEM; THE TUSCALOOSA COUNTY BOARD OF EDUCATION; DR. KERI JOHNSON, in her individual capacity; CHARLES ORR, in his individual cpacity; PORTIA JONES, in her individual capacity; JOE CALVIN, in his individual capacity; BILL SQUIRES, in his individual capacity; RANDY SMALLEY, in his individual capacity; JAMIE LAKE, in his individual capacity; and DON PRESLEY, in his individual capacity, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | UNOPPOSED |
| Defendants. ) | |

## MOTION FOR ENTRY OF ORDER OF
## DISMISSAL WITHOUT PREJUDICE

COMES NOW Danny Higdon, by and through counsel, and respectfully moves

the Court to enter an order formally dismissing all claims against Mr. Higdon based

on the following grounds and authorities. Mr. Higdon's attorney discussed this motion with the Plaintiffs' counsel who do not oppose an order of dismissal without prejudice.

## PROCEDURAL HISTORY

Plaintiff Michelle Beasley filed this case initially on her own behalf and purportedly on behalf of similarly situated teachers employed by the Tuscaloosa County School System (TCSS or Board) against the Tuscaloosa County Board of Education, all Board members individually, and Superintendent Dr. Keri Johnson and Chief School Financial Officer Danny Higdon. (Doc. 1). All Defendants moved to dismiss. (Doc. 9, Doc. 10, Doc. 11). Thereafter, Michelle Beasley, Lindsey Warren, Rebecca Kennedy and Cheryl Michaels filed an amended complaint (Doc. 13) on their own behalf and again purportedly on behalf of similarly situated teachers employed by TCSS. The amended complaint does not name Danny Higdon as a defendant nor state any factual allegations against him.[1] Mr. Higdon therefore requests that the Court enter an order dismissing him as a Defendant as a matter of record.

## ARGUMENT

"As a general matter, an amended pleading supercedes the former pleading; the

---

[1] Danny Higdon retired from the Tuscaloosa County School System effective March 31, 2020 and was not employed there at any time relevant to the Plaintiffs' claims.

original pleading is abandoned by the amendment and is no longer a part of the pleader's averments against his adversary." *Pintando v. Miami-Dade Housing Agency*, 501 F. 3d 1241, 1243 (11th Cir. 2007) (quotation marks and citation omitted). See also *Phillips v. Mortg. Elec. Registration Sys., Inc.*, No. 5:09-CV-2507-TMP, 2010 WL 11470614, at *1 (N.D. Ala. Sept. 27, 2010) ("Upon the filing of the amended complaint omitting each of these four individual defendants, the plaintiffs effectively dismissed them as defendants.") (Johnson, J., order adopting report and recommendation). The Plaintiffs' amended complaint is now the operative pleading, replacing entirely and superceding the original Complaint, and it states no claims against Danny Higdon. Although the amended complaint effectively dismisses Mr. Higdon voluntarily, there is nothing in the Court's public record that confirms Mr. Higdon is no longer a defendant in this action. The appearance of an ongoing civil action against him, where there actually is none, could affect Mr. Higdon adversely, including negative effects on his credit score and a false public impression that he is accused in federal court of wrongdoing. Mr. Higdon therefore requests that the Court enter an order dismissing all claims against him as a matter of record.

/s/ Clay R. Carr
Mark S. Boardman (ASB-8572-B65M)
Clay R. Carr (ASB-5650-C42C)
BOARDMAN, CARR, PETELOS,
   WATKINS & OGLE, P.C.
400 Boardman Drive
Chelsea, Alabama 35043
Tel:   (205) 678-8000
Fax:   (205) 678-0000
mboardman@boardmancarr.com
ccarr@boardmancarr.com

*Attorneys for Defendant Dr. Keri Johnson*

# CERTIFICATE OF SERVICE

I hereby certify that on this **1st** day of **October, 2021**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ruth B. McFarland, Esq.
Bryan P. Winter, Esq.
WINTER MCFARLAND, LLC
205 McFarland Circle North
Tuscaloosa, Alabama 35406

Brannon J. Buck, Esq.
Christopher B. Driver, Esq.
BADHAM AND BUCK, LLC
2001 Park Place North, Suite 500
Birmingham, Alabama 35203

Heather Leonard, Esq.
HEATHER LEONARD PC
2105 Devereux Circle
Vestavia Hills, Alabama 35243

Raymond E. Ward, Esq.
Thomas W. Powe, Jr., Esq.
RAYMOND E. WARD, LLC
P.O. Box 1248
Tuscaloosa, Alabama  35403-1248

/s/ Clay R. Carr
OF COUNSEL